IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EFREN MARTINEZ, 36369-177, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:12-cv-4799-O |
| WILLIAM KNACK, et al., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's complaint is dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED** on this **15th day** of **April, 2013.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**